# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## OFFICE OF SPECIAL MASTERS
### No. 13-678V
### Filed: July 3, 2014
### (not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| JOHN PATRICK LOUVIERE and | * | |
| STACY MAYEAUX-LOUVIERE, | * | |
| Parents of A.G.L., | * | |
| a minor, | * | Dismissal; MMR; ITP; insufficient proof |
| | * | |
| Petitioners, | * | |
| v. | * | |
| | * | |
| SECRETARY OF HEALTH | * | |
| AND HUMAN SERVICES, | * | |
| Respondent. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DECISION[1]

**Gowen,** Special Master:

On September 13, 2013, petitioners filed a petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ["the Program"],[2] alleging that the measles, mumps, rubella [MMR] vaccine caused their daughter A.G.L.'s idiopathic thrombocytopenic purpura [ITP].

After more extensive investigation and a status conference held on June 9, 2014, it appeared that there was insufficient proof for this petition. Accordingly, petitioners moved for a decision dismissing this petition on June 27, 2014. Petitioners' motion is granted.

**This case is dismissed for insufficient proof. The Clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

**s/ Thomas L. Gowen**
Thomas L. Gowen
Special Master

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, I intend to post this decision on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioners have 14 days to identify and move to delete medical or other information, that satisfies the criteria in § 300aa-12(d)(4)(B). Further, consistent with the rule requirement, a motion for redaction must include a proposed redacted decision. If, upon review, I agree that the identified material fits within the requirements of that provision, I will delete such material from public access.

[2] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.